UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ALLEN GOODLOW,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BAKER,<br><br>Respondents. | Case No. 3:18-cv-00323-MMD-VPC<br><br>ORDER |

On August 7, 2018, this Court entered an order allowing Petitioner an opportunity to file an amended petition to correct deficiencies in his initial habeas petition. (ECF No. 5.) Petitioner has filed an amended petition. (ECF No. 8.)

Having reviewed the amended petition under Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254, the Court will order the Clerk to serve the amended petition on Respondents and schedule further proceedings.

It is therefore ordered that the Clerk electronically serve the Petition and a copy of this Order on Respondents.

It is further ordered that the Clerk add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for Respondents.

It is further ordered that Respondents will have sixty (60) days from the date of entry of this Order to appear in this action, and to answer or otherwise respond to the amended petition.

///

It is further ordered that if Respondents file an answer, Petitioner will have sixty (60) days from the date on which the answer is served on him to file and serve a reply. If Respondents file a motion to dismiss, Petitioner will have sixty (60) days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and Respondents will, thereafter, have thirty (30) days to file a reply in support of the motion.

It is further ordered that any additional state court record exhibits filed herein by either Petitioner or Respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number or numbers of the exhibits in the attachment. The hard copy of any additional state court record exhibits must be forwarded—for this case—to the staff attorneys in Reno.

DATED THIS 21st day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE