UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROBERT ALLEN GOODLOW, | Case No. 3:18-cv-00323-MMD-CBC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WARDEN BAKER, | |
| Respondents. | |

Petitioner filed a motion asking for an extension of time to file an amended petition. (ECF No. 23.) Petitioner has, however, already amended his petition once (ECF No. 8) and has not obtained leave of the Court to file another amendment. *See* Fed. R. Civ. P. 15(a)(2) (requiring leave of the court or consent of the opposing party to amend a pleading unless amendment is allowed as a matter of course under Rule 15(a)(1)). Accordingly, the Court will construe Petitioner's motion as a motion for leave to amend his petition and provide Respondents an opportunity to file a response.

It is therefore ordered that Respondents will have 20 days from the date this order is entered to file a response to Petitioner's request to file an amended petition (ECF No. 24). Petitioner will thereafter have ten days to file a reply.

It is further ordered that Respondents' motion for extension of time to file a response to the amended petition (ECF No. 23) is denied as moot. The Court will schedule further proceedings when it determines whether to allow Petitioner to amend his petition.

DATED THIS 21st day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE