UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT ALLEN GOODLOW,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BAKER,<br><br>Respondents. | Case No. 3:18-cv-00323-MMD-CBC<br><br>ORDER |

Claiming that he has not received a copy of Respondents' motion to dismiss (ECF No. 30), Petitioner has filed motions asking the Court to provide him a copy and to extend the time within which to respond to the motion. (ECF Nos. 36, 37, 39, 40.) While Respondents aver that they properly served the motion on Petitioner (ECF No. 38), the Court grants the motions in order to move these proceedings forward.

The Clerk of Court is instructed to send a copy of the motion to dismiss (ECF No. 30) to Petitioner. Petitioner will have 45 days from the date of this order within which to file his response to the motion. In all other respects the Court's scheduling order of August 21, 2018 (ECF No. 9) remains in effect.

DATED THIS 19th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE