UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROBERT ALLEN GOODLOW, | Case No. 3:18-cv-00323-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, | |
| Respondents. | |

Pending before the Court are several motions for extension of time. (ECF Nos. 49, 50, 51, 52, 53, 54, 55, 57.) The pleadings for which the extensions were requested have been filed without objection from either party. (ECF Nos. 56, 58.) The Court finds that the requests were made with good cause and not solely for the purpose of delay, and will therefore grant the motions.

It is therefore ordered that the motions for extension of time (ECF Nos. 49, 50, 51, 52, 53, 54, 55, 57) are granted *nunc pro tunc* as of their respective filing dates.

DATED THIS 18th Day of March 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE